UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NADIA TARAZI, et ano.,

                                        Plaintiffs,

              –against–                                          13-cv-1024 (LAK)

TRUEHOPE INC., et al..

                                        Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC - 6 2016

## ORDER RULING ON MOTION OF THE STRINGAMS
## AND OPEN MIND TO DISMISS

LEWIS A. KAPLAN, *District Judge.*

            Magistrate Judge James C. Francis IV has recommended that the motion of the Stringams and Open Mind [DI 75] be granted in part and denied in part. Substantially for the reasons set forth in the report and recommendation, the motion is granted to the extent that (1) the breach of contract claim in Claim 1 premised on the assignment agreement, (2) the claim for an accounting (Claim 7) as asserted against Mr. Stringam, and (3) the spoliation claim (Claim 9) are dismissed. The motion is denied in all other respects. The movants' objections to the report and recommendation are overruled.

            SO ORDERED.

Dated:        December 6, 2016

                                        _____
                                                Lewis A. Kaplan
                                        United States District Judge