UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NADIA TARAZI, individually and
derivatively as a member of PAINTED
WINGS MEDIA, LLC and MICRONUTRIENT
SOLUTIONS, INC.,

Plaintiffs,

against

13-cv-1024 (LAK)

TRUEHOPE INC., OPEN MIND
CONSULTING, INC., DANA RAY
STRINGAM, AUTUMN STRINGAM,
QUINTESSENTIAL BIOSCIENCES, LLC,
d/b/a Q SCIENCES, and ANTHONY
STEPHAN,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-30-17

## ORDER

This matter again is before the Court, this time on motions by (1) Truehope Inc. ("Truehope") to dismiss the Third Amended Complaint ("TAC") (DI 130) and (2) Quintessential Biociences, LLC ("QSciences") to dismiss (a) the derivative claims for aiding and abetting breach of fiduciary duty to Painted Wings and for tortious interference with contract, and (b) the unjust entrichment claim (DI 134). In a characteristically thorough and careful report and recommendation (the "R&R"), Magistrate Judge James C. Francis, IV recommends that the motion be granted in part and denied in part. Truehope and QSciences object to aspects of the R&R.

The objections all are overruled. The defendants' motions [DI 130 and 134] are granted to the extent set forth in the R&R and otherwise denied in all respects.

SO ORDERED.

Dated:     November 30, 2017

Lewis A. Kaplan
United States District Judge